| Cause #: | 2011-16031 | | Court # | 334TH | Judgment Date: | 10/3/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 62647465 |
| Due Date: | 1/31/2015 | | Attorney Bar No: | 792344 | | |

| | |
|---|---|
| Assigned to     FIRST     Court of Appeals | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed?     10/31/2014 | 1/15/2015 2:47:41 PM<br>CHRISTOPHER A. PRINE<br>Clerk |

| | | |
|---|---|---|
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 120 | OA |
| File Ordered: | | |
| Notes: | | |

BC      Notice of Appeal filed
BG      Notice of Appeal filed – Government
C        Appealing Final Judgment
D -      Accelerated Appeal
OA       No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

1/14/2015 3:04:40 PM
Chris Daniel - District Clerk Harris County
Envelope No. 3769742
By: Duane Gilmore
Filed: 1/14/2015 3:04:40 PM

Cause No. <u>2011-16031</u>

| | | |
|---|---|---|
| DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| CHARLES NEIGHBOR and CHARLES FRIEND | § § § | |
| Defendants. | § § | 334TH JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, and file this Notice of Appeal, and in support hereof would respectfully show as follows:

1.     Plaintiff DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, desires to appeal from the final judgment signed by this Court on October 3, 2014.

2.     Plaintiff DAVID THOMPSON, Individually and as Next Friend of BRYSON TOLER, a Minor, appeals to either the First or the Fourteenth Court of Appeals.

Respectfully submitted,

BANNWART & ASSOCIATES, P.C.

By: _____

ANTHONY L. BANNWART
State Bar No.: 00792344
H. EMERSON GROGRO
State Bar No. 24087634
7322 Southwest Frwy., Ste. 1510
Houston, Texas 77074
Tel:    (713) 807-0020
Fax:    (713) 807-0040
anthony@bannwartlawfirm.com
emerson.grogro@bannwartlawfirm.com

ATTORNEYS FOR PLAINTIFFS

## LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS

As required by the Local Rules Relating to the Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

  X      None

_____      Caption: _____

              Trial Court
              case number: _____

              Appellate court
              case number: _____

SIGNED this 14th day of January, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____

H. EMERSON GROGRO

ATTORNEYS FOR PLAINTIFFS

3

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Plaintiffs' Notice of Appeal has this day been sent via electronic filing and/or facsimile to Mr. R. J. Blue, attorney of record for Defendant CHARLES FARMER, at Soulé, Baldwin & Fanaff, 11200 Richmond, Suite 250, Houston, Texas 77082, (281) 752-6329 (fax).

SIGNED this 14th day of January, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____

H. EMERSON GROGRO

ATTORNEYS FOR PLAINTIFFS

4

CASE NUM: 201116031__ PJN> __   TRANS NUM: _____   CURRENT COURT: 334 PUB? _
CASE TYPE: PERSONAL INJURY-AUTO              CASE STATUS: DISPOSED (FINAL)
STYLE: THOMPSON, DAVID (INDIVIDUALLY AND VS NEIGHBOR, CHARLES
================================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_      00004-0001 DEF 24038772 FARMER, CHARLES                   BLUE, R. J.
_      00003-0001 PLT 00792344 TOLER, BRYSON (A MINOR)           BANNWART, ANT
_      00002-0001 DEF 24038772 NEIGHBOR, CHARLES          D      BLUE, R. J.
_      00001-0001 PLT 00792344 THOMPSON, DAVID (INDIVIDUALLY     BANNWART, ANT


==> (4) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 15, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                     GENERAL PARTY INQUIRY              PAGE:    1 -    1

CASE NUM: 201116031__ PJN> __   TRANS NUM: _____   CURRENT COURT: 334 PUB? _
CASE TYPE: PERSONAL INJURY-AUTO              CASE STATUS: DISPOSED (FINAL)
STYLE: THOMPSON, DAVID (INDIVIDUALLY AND VS NEIGHBOR, CHARLES
================================================================================
                       **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT


==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP